# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | |
|---|---|
| **GINA GRAVES FURRA,** § | |
| Plaintiff § | |
| § | **No. 9:16-CV-00085-RC-KFG** |
| v. § | |
| § | |
| **CAROLYN W. COLVIN,** § | |
| **COMMISSIONER OF THE SOCIAL** § | |
| **SECURITY ADMINISTRATION,** § | |
| Defendant § | |

## ORDER

The Court heretofore ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the report of the United States Magistrate Judge pursuant to such order, along with the record, and pleadings. No objections to the report of the United States Magistrate Judge were filed by the parties. The Court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the report of the Magistrate Judge is ADOPTED. A final judgment will be entered separately, reversing the decision of the Commissioner and remanding this action to the Commissioner for reconsideration.

**So Ordered and Signed**
**Jul 19, 2017**

_____
Ron Clark, United States District Judge